Walter Duane WHITE, Plaintiff—
Appellant,

v.

Joyce FRANCIS, Warden; Valorie Rap-
pold, A.W. Operations; Matt Arnold,
Captain; Sliger, Lt. Security; Debo-
rah Livingston, Disciplinary Hearing
Officer (D.H.O.); Wilson, Assistant
Food Service Administrator; Mrs.
Veltyry, A–Unit Manager (Coordina-
tor Job Assignments); Mark Dib, Lt.,
Physicians Assistant; Mrs. Frye, Food
Service Correctional Officer; Mrs.
Hilton, Food Service Correctional Of-
ficer; Robert Spears, Defendants–Ap-
pellees,

and

United States of America; Department
of Justice; Federal Bureau of Prisons;
Federal Correctional Institution, Gil-
mer, Defendants.

No. 08–7516.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2009.

Decided: May 13, 2009.

Walter Duane White, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Walter Duane White appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his complaint filed pursuant to
*Bivens v. Six Unknown Named Agents of
Fed. Bureau of Narcotics,* 403 U.S. 388, 91
S.Ct. 1999, 29 L.Ed.2d 619 (1971). We
have reviewed the record and find no re-
versible error. Accordingly, we deny
White's motion for appointment of counsel
and affirm for the reasons stated by the
district court. *White v. Francis,* No. 1:07–
cv–00032–IMK–JSK, 2008 WL 2705102
(N.D.W.Va. July 9, 2008). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*